```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MICHAEL PALOUIAN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-CV-0293 |
| | : | |
| FIA CARD SERVICES D/B/A BANK | : | |
| OF AMERICA, AND X, Y, Z | : | |
| CORPORATIONS, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 29th day of April, 2013, upon consideration of Defendant's Motion to Dismiss the Plaintiff's Complaint (Doc. No. 5), Plaintiff's Response in opposition thereto (Doc. No. 8), and Defendant's Reply in further support thereof (Doc. No. 9), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion to Dismiss is GRANTED with leave to the Plaintiff to file an amended complaint within 20 days of the date of entry of this Order correcting the deficiencies set forth in the accompanying Memorandum.

                                   BY THE COURT:


                                   s/J. Curtis Joyner
                                   J. CURTIS JOYNER, C.J.